Form ODM13HRG 06/07

# UNITED STATES BANKRUPTCY COURT
Middle District of Louisiana

*Case No.:* 09−10917
*Chapter:* 13

*In Re: Debtor(s):*

Roderic N. Neff
1002 Sherron Avenue
Baker, LA 70714

*Social Security No.:*

xxx−xx−0168

*Employer's Tax I.D. No.:*

## ORDER DISMISSING CHAPTER 13 CASE

For reasons orally assigned in Open Court,

**IT IS ORDERED** that this case is **DISMISSED** and the automatic stay is terminated.

**IT IS FURTHER ORDERED** that the trustee is awarded a $50.00 administrative fee payable from funds in her possession, if the court has not confirmed a plan.

**IT IS FURTHER ORDERED** that the trustee will be discharged from and relieved of his of her trust upon the closing of the case.

Baton Rouge, Louisiana, 11/20/09.

s/Douglas D. Dodd
DOUGLAS D. DODD
UNITED STATES BANKRUPTCY JUDGE